UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Streicher's, Inc.,                                                  Civ. No. 23-995 (PAM/ECW)

Petitioner,

v.                                                                                   **ORDER**

Hans C. Hummel, Director of
Industry Operations for the
ATF's St. Paul Field Division,

Respondent.

This matter is before the Court on the parties' "Agreed Voluntary Notice of Dismissal with Prejudice." (Docket No. 44.) Although the parties invoke Rule 41(a)(1)(A)(ii) in support of the "Notice," that Rule provides for a dismissal of a matter without Court order "by filing . . . a stipulation of dismissal signed by all parties." Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court will construe the "Notice" as a stipulation under Rule 41.

Although, as the Rule provides, a stipulated dismissal is effective without Court order, in this District an order is required to close the case. Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:     August 28, 2023                                      *s/Paul A. Magnuson*
                                                                       Paul A. Magnuson
                                                                       United States District Court Judge